■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONA

VERBJAR, Appellant, v GARY T. MAHA, as Sheriff of the County of Genesee, Respondent.—Judgment unanimously affirmed for the reasons stated in decision at Genesee County Court, Morton, J. (Appeal from Judgment of Genesee County Court, Morton, J.—Habeas Corpus.) Present—Callahan, J. P., Doerr, Denman, Green and Lowery, JJ.